DUANE JONES COMPANY, INC., Respondent, v. FRANK G. BURKE, JR., et al., Appellants. (Action No. 1.) DONALD GILL et al., Appellants, v. EUGENE HULSHIZER, as Trustee under the DUANE JONES COMPANY, INC., EMPLOYEES' PENSION TRUST, Appellant, and DUANE JONES et al., as Trustees under the DUANE JONES COMPANY, INC. EMPLOYEES' PENSION TRUST, Respondents. (Action No. 2).— No undue delay of the trial should be occasioned and, if necessary, an application may be made for a preference. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

OTTO WINDS, Appellant, v. HYDROPRESS, INC., Respondent.—

Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

GEORGE COLON CONTRACTING CORPORATION, Appellant, v. JOSEPH J. MORRISON et al., Constituting the Watertown Housing Authority, Respondents.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan. JJ. [See post, p. 1063.]

GRACIE SQUARE REALTY CORP. et al., Respondents, v. CHOICE REALTY CORP., Defendant, and 154 EAST 97TH STREET CORP. et al., Appellants. 154 EAST 97TH STREET CORP., Plaintiff, v. EDWIN SCHELBERG et al., Impleaded Defendants.— Settle order on notice. Present — Peck, P. J., Glennon. Dore, Cohn and Callahan, JJ. [See ante, p. 902.]

FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estates of ALBERT ANDERSEN and Others, Deceased, Appellant, v. BETHLEHEM STEEL Co., Respondent, et al., Defendants. — Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See ante, p. 865.]

In the Matter of the Arbitration between BROOKSIDE MILLS, INC., Appellant, and CHAS. BERNSTEIN & SON, BERNSIDE MILLS DIVISION, Respondent.— Present — Peck, P. J., Glennon, Dore. Van Voorhis and Shientag, JJ. [See ante, p. 904.]